United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer<br>of the Internal Revenue Service<br><br>vs.<br><br>DAVID HANAWA | *<br>*<br>*<br>*   MISCELLANEOUS NO. B-02-010<br>*<br>*<br>* |

### PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Internal Revenue Service Officer Linda Briones, Petitioners, through Michael T. Shelby, United States Attorney for the Southern District of Texas, request this Court to enter an order enforcing an Internal Revenue Service summons issued to David Hanawa. In support thereof, the Petitioners would show the following:

### JURISDICTION

1. This Court has subject matter jurisdiction under authority of 28 U.S.C. §§1340 and 1345.

2. This Court has jurisdiction to issue appropriate process upon application by the Petitioners under authority of 26 U.S.C. §§7402(b) and 7604(a).

### VENUE

3. Venue is proper in the Southern District of Texas because Respondent, David Hanawa, resides in, or can be found in, the Southern District of Texas.

### ENFORCEMENT ACTION

4. An Internal Revenue Service summons was issued by Internal Revenue Service Officer Linda Briones to David Hanawa on January 18, 2002 under the authority of 26 U.S.C. §7602. The Declaration of Revenue Officer Linda Briones supporting this action is attached hereto as Exhibit "1" and incorporated herein by reference. A copy of the summons is attached as Exhibit "A" to the Declaration of Revenue Officer Linda Briones (Exhibit "1") and incorporated herein by reference.

5. The summons directed David Hanawa to appear and give testimony and to bring with him and to produce for examination books, records, papers, and other data relating to the tax liability of the collection of the tax liability or for the purposes of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning **Lotus Management Incorporated** for its calendar years ending December 31, 1999 and December 31, 2000.

6. To date, David Hanawa has not complied with the summons.

7. The summons was issued for the legitimate purpose of enabling a representative of the Internal Revenue Service to complete a federal income tax return concerning **Lotus Management Incorporated**.

8. Said Respondent failed to appear at the time and place designated by the Summons and failed to produce said records and documents.

9. The information sought by the summons is not within the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code, Title 26, U.S.C., have been followed with respect to the issuance of the summons.

11. The summons was served on January 18, 2002 in accordance with 26 U.S.C. §7603 by Revenue Officer Linda Briones who personally delivered the summons to David Hanawa in person. A certificate of service of the summons was signed as required by 26 U.S.C. §7603. A copy of said certificate of service is attached on the reverse side of Exhibit "A" to the Declaration of Revenue Officer Linda Briones (Exhibit "1") and incorporated herein by reference.

12. On the date the summons was issued, and at the date this action commenced, there was no Department of Justice referral in effect, as defined by 26 U.S.C. §7602(c), with respect to David Hanawa.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Petitioners respectfully pray that this Court enter an Order requiring David Hanawa to appear at a date and hour to be determined by the Court to show cause why he should not be directed by the Court to comply with the summons; and after notice and hearing, enter an Order requiring David Hanawa to give testimony, produce the aforenoted records, papers or documents, or to show cause why Respondent should not be held in civil contempt for failing to produce the records previously subpoenaed.

Petitioners further pray that the Court authorize any United States Marshal, or a representative of the Internal Revenue Service, to serve a copy of this Petition and the Order to Show Cause to David Hanawa.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner | ) | CIVIL ACTION NO. B-02-·010 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HANAWA | ) | |
| | ) | |
| Respondent | ) | |

## DECLARATION

1.  My name is Linda Briones. I am a duly commissioned Revenue Officer employed in Area 10 of the Small Business/Self Employed Operating Division of the Internal Revenue Service at 2701 South 77 Sunshine Strip, Harlingen, Tx 78550 . This Declaration is made on personal knowledge in support of the Petition to Enforce Internal Revenue Service Summons filed by the United States of America herewith.

2.  In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Lotus Management Incorporated, for the calendar years ending December 31, 1999 & December 31, 2000.

3.  In furtherance of the above investigation and in accordance with Section 7602 of Title 26. U.S.C., I issued on January 18, 2002, an administrative summons, Internal Revenue Service Form 2039, to David Hanawa President, to give testimony and to produce for examination books, papers, records, or other data as described in said Summons.

1

GOVERNMENT
EXHIBIT
"1"

The Summons is attached to the Petition as Exhibit 1.

4. In accordance with Section 7603 of Title 26, U.S.C., on January 18, 2002, I served an attested copy of the Internal Revenue Service Summons, described in Paragraph 3 above, on the Respondent, David Hanawa - President, by personal service on person authorized to accept service of the process, David Hanawa, at 2701 South 77 Sunshine Strip Harlingen, Texas 78550, as evidenced in the certificate of service on the reverse side of the summons.

5. On February 4, 2002, the Respondent, David Hanawa, did not appear. The Respondent's refusal to comply with the Summons continues to the date of this Declaration.

6. The books, records, papers, and other data sought by the summons are not in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a Summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to determine the Federal tax liability of Lotus Management Incorporated for the year(s) ending December 31, 1999, & December 31, 2000..

I declare under penalty of perjury that the foregoing is true and correct. "See 28 U.S.C., Section 1746".

Executed this 5th day of February, 2002.

_____
Revenue Officer



# Summons

United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

In the matter of Lotus Management Incorporated 1774 East Price Road Brownsville, Texas 78521

Internal Revenue Service  SB/SE, Area 15          Periods   Calendar years ending December 31, 1999 & December 31, 2000

The Commissioner of Internal Revenue

To David Hanawa - President
At 2701 South 77 Sunshine Strip Harlingen, Texas 78550

You are hereby summoned and required to appear before Linda Briones, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability of for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All books, records, papers and other data in the possession or control of the Lotus Management Incorporated , pertaining to the operation of the Lotus Management Incorporated , for its (calendar or fiscal) year(s) ended Calendar years ending December 31, 1999 & December 31, 2000, and reflecting t receipt or accrual of all income and expenses of the operation of Lotus Management Incorporated , including, but not limited to: all corporate bank account records, including deposit tickets, canceled checks, debit and credit memos, statements of account, check registers, saving account passbook and records of certificates of deposit; all financial statements, including balance sheets and income statements, all accounting records, including general journals and ledgers; all stock books and records, minutes of board of directors and shareholders meetings and articles of incorporation and amendmen thereto; all records of loans made and dividends paid to shareholders and shareholder's loans to the Lotus Management Incorporated ; and any and all books, records, documents, receipts, invoices, bills, canceled checks, ledgers and journals regarding expenses or expenditures of the Lotus Manageme Incorporated ; and any and all other books, records, documents, and receipts regarding income from the operation of the Lotus Management Incorporated ; compensation for goods and services, including fees and commissions, gains derived from dealing in property, interest, rentals, royalty, and dividend income, and income from the discharge of indebtedness, so that Federal Corporation Income Tax Return(s), Form(s) 1120, for the (calenc or fiscal) year(s) ended Calendar years ending December 31, 1999 & December 31, 2000 (for which years no return have been made) may be prepare A blank Federal Corporation Income Tax Return is attached hereto as a guide to the production of the necessary books, records, and documents.

Business address and telephone number of IRS officer before whom you are to appear:

2701 S. 77 Sunshine Strip          , Harlingen, Tx 78550   956-365-5136

Place and time for appearance at:  2701 S. 77 Sunshine Strip          , Harlingen, Tx 78550

on the 4th day of February, 2002 at 9:00 o'clock A m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev.9-1999)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this 18th day of January, 2002

_____
Signature of Issuing Officer

_____
Signature of Approving Officer (if applicable)

GOVERNMENT EXHIBIT "A"

Revenue Officer
Title

_____
Title

Original -- to be kept b



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: *January 18, 2002*

Time: *3:10 P.M.*

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: *[signed]*   Title: *Revenue Officer*

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☑ No notice is required.

Signature: *[signed]*   Title: *Revenue Officer*

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form **2039** (Rev. 9-199)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Petition to Enforce Internal Revenue Service Summons was mailed via certified mail, return receipt requested to David Hanawa, 2701 South 77 Sunshine Strip, Harlingen, Texas 78550 on this the 25 day of MARCH, 2002.

NANCY L. MASSO
Assistant U. S. Attorney

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA and LINDA BRIONES, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE

V.

DAVID HANAWA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-010

TO: (Name and address of defendant)

DAVID HANAWA
2701 SOUTH 77 SUNSHINE STRIP
HARLINGEN TX  78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NANCY L. MASSO, AUSA
U S ATTORNEY'S OFFICE
600 E HARRISON ST #201
BROWNSVILLE TX  78520

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE March 25, 2002

This form was electronically produced by Elite Federal Forms, Inc.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | UNITED STATES OF AMERICA AND LINDA BRIONES, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE | COURT CASE NUMBER<br>B-02-010 |
|---|---|---|
| DEFENDANT | DAVID HANAWA | TYPE OF PROCESS Ptn to Enforce IRS Summons & Order to Show |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

David Hanawa

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2701 South 77 Sunshine Strip
Harlingen, Texas 78550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NANCY L. MASSO, ASSISTANT U. S. ATTORNEY
600 E HARRISON ST #201
BROWNSVILLE TX 78520
(956) 548-2554

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL HAND-DELIVERY SERVICE OF PETITION TO ENFORCE IRS SUMMONS AND ORDER TO SHOW CAUS UPON DAVID HANAWA, President, Lotus Management Inc., 1774 E. Price Road, Brownsville, TX 78521 and/or to any other qualified agent of corporation.

Signature of Attorney or other Originator requesting service on behalf of:
NANCY L. MASSO, AUSA
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER 956-548-2554
DATE 3/25/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: