UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * |
| vs. | * MISCELLANEOUS NO. * * |
| DAVID HANAWA | * |

ORDER TO SHOW CAUSE    B-02- 010

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that David Hanawa appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, **2nd** Floor Courtroom, 600 E. Harrison Street, **Courtroom No. 2**, Brownsville, Texas, presided over by the undersigned, on the **15th** day of **April**, 2002, at **1:30** a.m./p.m., to show cause why he should not be compelled to obey the summons served on him, and that the Respondent file his written response to the Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's exhibits attached thereto, be served upon David Hanawa at a reasonable time prior to the time set for hearing.

SIGNED on this the **27th** day of **March**, 2002 in Brownsville, Texas.

UNITED STATES DISTRICT JUDGE
MAGISTRATE

cc:  U. S. Attorney
     Brownsville, Texas

     Linda Briones, Revenue Officer
     Internal Revenue Service
     Harlingen, Texas 78550