UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, and § <br> LINDA BRIONES, Revenue Officer of the § <br> Internal Revenue Service § <br> PLAINTIFF, § <br> § <br> vs. § <br> § <br> DAVID HANAWA § <br> DEFENDANT § | MISCELLANEOUS NO. B-02-010 |

## DEFENDANT'S NOTICE OF INITIATION OF BANKRUPTCY CASE AND AUTOMATIC STAY OF ACTION

**YOU ARE HEREBY NOTIFIED** that on *April 8, 2002, Lotus Management,* Inc., filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and received case no. 02-10084-B-11. David Hawana is an officer of the corporation and is stayed from appearing to the summons.

**YOU ARE FURTHER NOTIFIED** that pursuant to 11 USCS § 362 all parties to this matter are stayed from, among other things:

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the filing of a bankruptcy petition, or to recover a claim against the debtor that arose before the commencement of a bankruptcy case;

2. any act to obtain possession of property of the bankruptcy estate or property of the debtor, or to exercise control and dominion over any such property, wherever located; and

3. any act to collect, assess, or recover any claim against the bankruptcy estate or the debtor that arose before the date on which the bankruptcy petition was filed.

Pursuant to the above provisions of 11 USCS § 362, no further proceedings may be had in this action against *David Hanawa, Lotus Management, Inc., et al.* pending further Order by the Bankruptcy Court.

THIS DOCUMENT IS FILED FOR NOTICE PURPOSES ONLY. NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS ENTRY OF APPEARANCE BY THE UNDERSIGNED ATTORNEY ON BEHALF OF DEFENDANT(S) IN THIS PROCEEDING. THE UNDERSIGNED ATTORNEY REPRESENTS DEFENDANT(S) IN THE BANKRUPTCY PROCEEDING REFERENCED HEREIN ONLY.

Dated: April 10, 2002

Respectfully Submitted,
LAW OFFICES OF JOHN VENTURA P.C.

By: /s/ John Ventura
John Ventura
State Bar No. 20545700
Ellen C. Stone
State Bar No. 19305000
62 E Price Rd.
Brownsville Texas 78520
(956) 546-9398
(956) 542-1478 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2002, a true and correct copy of the foregoing Notice of Initiation of Bankruptcy Case and Automatic Stay of Action was HAND DELIVERED to the following entity:

Nancy Masso
Assistant United States Attorney
600 E. Harrison, Ste. 201
Brownsville, Texas 78521

/s/ John Ventura
John Ventura
Ellen C. Stone