4

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | UNITED STATES OF AMERICA AND LINDA BRIONES, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE | COURT CASE NUMBER B-02-010 |
|---|---|---|
| DEFENDANT | DAVID HANAWA | TYPE OF PROCESS Ptn to Enforce IRS Summons & Order to Show Cau |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

David Hanawa

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2701 South 77 Sunshine Strip
Harlingen, Texas 78550

United States District Court
Southern District of Texas
FILED

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NANCY L. MASSO, ASSISTANT U. S. ATTORNEY
600 E HARRISON ST #201
BROWNSVILLE TX 78520
(956) 548-2554

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

APR 11 2002

Michael N. Milby
Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL HAND-DELIVERY SERVICE OF PETITION TO ENFORCE IRS SUMMONS AND ORDER TO SHOW CAUSE UPON DAVID HANAWA, President, Lotus Management Inc., 1774 E. Price Road, Brownsville, TX 78521 and/or to any other qualified agent of corporation.

Signature of Attorney or other Originator requesting service on behalf of:
NANCY L. MASSO, AUSA
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER 956-548-2554

DATE 3/25/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 2
District of Origin No. 07
District to Serve No. 07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
DAVID HANAWA

Address (complete only if different than shown above)
1000 E. VAN BUREN
BROWNSVILLE TX 78520

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service 4/8/02   Time 11:15 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $28.11 | | | | $73.11 | |

REMARKS: 1st ENDEAVOR 3/26/02 @ 16:10  7 miles
2nd ENDEAVOR @ 3/5/03 2502 San Benito Dr, 50 miles
3rd Endeavor 20 miles (302 Kings Hwy, 2520 Palm Line, + 1000 E. Van Buren)

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)