United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

SHOW CAUSE HEARING

MISCELLANEOUS NO. <u>B-02-010</u>　　　　DATE & TIME: <u>　04-15-01 AT 1:30 P.M.　</u>

<u>UNITED STATES OF AMERICA　</u>　　PLAINTIFF(S) <u>　NANCY L. MASSO　</u>
　　　　　　　　　　　　　　　　　　COUNSEL

VS.

<u>DAVID HANAWA　　　　　　</u>　　　DEFENDANT(S) <u>　JOHN VENTURA　　</u>
　　　　　　　　　　　　　　　　　　COUNSEL

---

Hearing cancelled. Case is stayed due to bankruptcy.